# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KELVIN WELLS

VERSUS

ST. GABRIEL APARTMENTS

NO.  2024 CW 0179

**MAY 20, 2024**

---

In Re:    Kelvin Wells, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 82744.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT NOT CONSIDERED.**  This writ is untimely.  This court previously issued an action advising relator if he sought to file a new application with this court it must contain all pertinent and missing documentation, and said application must be filed by February 9, 2024.  The instant writ application was filed on February 26, 2024, and did not include all the pertinent and missing documentation.  Accordingly, this writ application will not be considered.

                                    **PMc**
                                    **CHH**
                                    **SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT